

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Texas State Board of Medical Examiners
918 Texas State Bank Building
Dallas, Texas

Attention: Honorable J. T. Crowe

Dear Sir:

Opinion No. 5395
Re: Use of the suffix "M. D."
by graduate osteopaths,
licensed to practice in
this State, in signing
prescription orders.

This will acknowledge receipt of your letter requesting an opinion of this department. We quote from your letter:

"This office receives numerous complaints that doctors licensed in this state who are graduates of Osteopathic Colleges frequently in writing prescriptions for medicines sign their prescription orders as M. D., particularly when the druggist has furnished them with already printed pads bearing the M. D. at the end of the line for the signature of the doctor on the prescription form. Some of these doctors do this apparently intentionally, and have admitted to me that the people in the country places do not know anything about the D. O.; that they'd starve to death as D. O.'s. Others of them state that they overlooked erasure of the M. D., and just forgot to put on the D. O.

"The Board has instructed me to call this matter to your attention, and ask if such activity on the part of an Osteopathic physician is not, when intentional, culpable, as a purposive intent to deceive? Evidently some of these doctors presume that since they get a license to practice

Texas State Board of Medical Examiners, page 2

medicine and surgery in this state, they are also
authorized to assume the use of the title M. D.,
which they have not earned."

We interpret your letter as requesting an opinion as
to whether the use, under the circumstances described, of the
abbreviation "M. D." by an osteopath violates any provision of
the Civil or Criminal laws of this State.

Webster's New International Dictionary gives this
definition of the word "doctor":

"An academic title, originally implying that
its possessor was so well versed in a department of
knowledge as to be qualified to teach; hence, one
on whom this title has been conferred by a univer-
sity or college, or other properly constituted au-
thority. Among the chief doctoral degrees are:
Doctor of Medicine (M. D.), . . ."

In the case of Commonwealth v. New England College of
Chiropractic, 108 N. E. 895, 221 Mass. 190, the court said:

"The word 'doctor', as a prefix to a person's
name, signifies an academic distinction founded upon
having received a degree, and as commonly used, in-
dicates skill in the general subject of medicine."

There is no statute, civil or criminal, expressly pro-
hibiting the use of the abbreviation "M. D." by a person upon
whom the degree "Medicinae Doctor" has not been conferred.
Whether such conduct is "culpable" in the sense of subjecting
the individual to "censure or blame" is not a question of law,
and we are not authorized and will not undertake to express an
opinion upon abstract questions of morality or professional
ethics.

Very truly yours

ATTORNEY GENERAL OF TEXAS

*W. R. Allen*

By

_____

W. R. Allen
Assistant

WRA:db

*Gerald C. Mann*

APPROVED
OPINION
COMMITTEE
BY